■ LARRY J. CLAYSON, Plaintiff, v DAVID OLDFIELD et al., Defendants. DAVID OLDFIELD, Third-Party Plaintiff-Appellant, v WILLIAM MOLYNEUX, Third-Party Defendant-Respondent. RONALD J. MORSCH, Third-Party Plaintiff-Appellant, v WILLIAM MOLYNEUX, Third-Party Defendant-Respondent. (Appeal No. 2.)—Amended order unanimously reversed on the law with costs, cross motion denied and third-party complaints against defendant Molyneux reinstated. Same Memorandum as in *Clayson v Oldfield* ([appeal No. 1] 181 AD2d 993 [decided herewith]). (Appeal from Amended Order of Supreme Court, Steuben County, Scudder, J.—Summary Judgment.) Present— Denman, P. J., Boomer, Green, Balio and Doerr, JJ.